IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARGARET "MEG" KNOWLES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-792-jdp

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Margaret "Meg" Knowles denying her motion for post conviction relief under 28 U.S.C. § 2255, dismissing her civil case and denying the issuance of a certificate of appealability.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 03/12/2017 |
| Peter Oppeneer, Clerk of Court | Date |